Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of GEORGE INFANTE, as Administrator of the Estate of ROSEMARY A. INFANTE, Deceased, Respondent, v CAROLINE R. DIGNAN, M.D., as Medical Examiner of Monroe County, et al., Appellants.

Submitted March 2, 2009; decided March 26, 2009

Motion by Office of the Chief Medical Examiner of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Judge GRAFFEO taking no part.

In the Matter of JAZMONE S., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 1.)

In the Matter of ASHLEY J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 2.)

In the Matter of ZALIKA J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 3.)

In the Matter of ETHAN J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 4.)

Submitted November 26, 2008; decided March 26, 2009

Motion for reargument of motion for leave to appeal denied [see 11 NY3d 809 (2008)].

Chief Judge LIPPMAN taking no part.